United States Bankruptcy Court
For the Eastern District of Pennsylvania

In re:                                          :     Chapter 13
MICHAEL J. WHITMAN

Debtor(s)                                       :     Bankruptcy No. 0511681


Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this     day of           , 200_ upon consideration of the Motion to Dismiss filed by William C. Miller, Standing Trustee, this case is dismissed, and it is further ORDERED, that   DANIEL T. MCGRORY ESQUIRE                counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby VACATED.

_____   7-18-06
Hon. Eric L. Frank
Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 40119
Philadelphia PA 19106-0119


Counsel for Debtor(s)

DANIEL T. MCGRORY ESQUIRE
PIZONKA REILLEY & BELLO
144 E. DEKALB PIKE STE 300
KING OF PRUSSIA   PA   19406


Debtor(s)

MICHAEL J. WHITMAN

920 TYSON AVENUE
PHILADELPHIA   PA   19111